```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DONA WATERS,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :       21-CV-1344 (JPC)
        -v-                                                            :
                                                                       :       ORDER
NUTRIBULLET, LLC, CAPITAL BRANDS, LLC and                              :
HOMELAND HOUSEWARES, LLC,                                              :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 16, 2021, Defendants filed proof of service of the "(i) Notice of Removal; (ii) Civil Cover Sheet; (iii) Rule 7.1 Corporate Disclosure Statement; (iv) Notice of Filing Notice of Removal (NYSCEF) and (v) Notice of Notice of Filing Notice of Removal (SDNY)." (Dkt. 4.) On February 19, 2021, Defendants filed proof of service of their Answer. (Dkt. 6.) In both instances, Defendants state that service was accomplished via ECF. (Dkts. 4, 6.) Because Plaintiff's counsel has not filed a notice of appearance in this action, it is hereby ORDERED that by February 26, 2021, Defendants shall file proof that they have served the aforementioned documents on Plaintiff via a means other than ECF.

SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge