UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                     :

DONA WATERS,                           :
                                     :

                    Plaintiff,          :
                                     :         21-CV-1344 (JPC)

       -v-                    :
                                     :         <u>ORDER</u>

NUTRIBULLET, LLC, CAPITAL BRANDS, LLC and  :
HOMELAND HOUSEWARES, LLC,         :
                                   :

                  Defendants.       :
                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On February 22, 2021, the Court scheduled an Initial Pretrial Conference ("IPTC") for April 20, 2021.  Dkt. 8.  The Court further ordered the parties to, no later than seven days prior to the IPTC, submit both a joint letter regarding certain subjects to be considered at the IPTC and a proposed Case Management Plan.  The parties have not yet done so.

        The parties are ordered to submit their joint letter and proposed Case Management Plan by April 19, 2021.

        SO ORDERED.

Dated: April 15, 2021
      New York, New York                                   JOHN P. CRONAN
                                               United States District Judge