UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/20/2021__
```

DONNA WATERS,

                              Plaintiff,               **ORDER SCHEDULING TELEPHONE
                                                       CONFERENCE**

          -against-                                    **21-CV-1344 (JPC)**


NUTRIBULLET, LLC et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

          This case has been referred to me for settlement purposes (docket no. 17).  A telephone

conference will be held on **Tuesday, May 18, 2021 at 12:00 p.m.** in advance of a settlement

conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

          SO ORDERED.

Dated: April 20, 2021
          New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge