

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/23/2021

80 Broad St. 24th Floor, New York, NY 10004
Phone: 212.952.1100   Fax: 212.952.1110
www.hbandglaw.com

*Scott Haworth*
*Managing Partner*
*Direct: 212.952.1101*
*scott.haworth@hbandglaw.com*

**MEMO ENDORSED**

April 22, 2021

*Via ECF*

Magistrate Judge Katharine H. Parker
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> This case has been referred to me for settlement purposes (docket no. 17). The telephone conference previously scheduled for Tuesday, May 18, 2021 at 12:00 p.m. ET in advance of a settlement conference has been rescheduled to Thursday, May 27, 2021 at 12:45 p.m. ET. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.
>
> APPLICATION GRANTED
>
> Hon. Katharine H. Parker, U.S.M.J.
> 04/23/2021

Re:   *Waters, D. v. NutriBullet LLC, et al.*
      Southern District Docket No.: 1:21-cv-01344-JPC
      Our File No.: 348-2101

Dear Judge Parker:

    I represent the defendants herein.  By Order dated April 20, 2021, your Honor scheduled a settlement conference in this matter for May 18, 2021 in this product liability case.  On consent of my adversary I write to respectfully request that the settlement conference be adjourned to a different date.  If it is convenient for the court, both sides are available on June 22, 23 or 29.  Please note that as my client is located in California, we respectfully request that the conference be scheduled for no earlier than noon.

    There are multiple reasons for this request.  First, I will be out of town on business the entire week of May 17.  Second, for substantive reasons we would like to complete our expert inspection of the subject product and depose the plaintiff to enable the settlement conference to be more productive.  We have scheduled both of those events to occur in advance of the proposed alternative settlement conference dates.

    Thank you very much for your Honor's attention to this matter.

                                             Respectfully submitted,

                                             /s/ Scott Haworth (SH-5890)
                                             Scott Haworth
                                             Haworth Barber & Gerstman, LLC

Cc:  *All counsel of record via ECF*